UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3983 FMO (MANx) | Date | September 27, 2013 |
|---|---|---|---|
| Title | United Van Lines LLC, et al. v. Jeremy Brown, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Julieta Lozano | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m).  Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed. R. Civ. P. 12(a).  The court may dismiss the action prior to the 120 days, however, if plaintiff(s) has/have not diligently prosecuted the action.

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **Wednesday, October 2, 2013**, why this action should not be dismissed for lack of prosecution. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument.

The Order to Show Cause will stand submitted upon the filing of plaintiff's response, if plaintiff files an application for entry of default pursuant to Fed. R. Civ. P. 55(a) re: **Jeremy Brown** and **Anthony Brown** on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause.  Failure to file a motion for default shall result in the dismissal of defendants Anthony Brown and Jeremy Brown from this action.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | jloz |