UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3983 FMO (MANx) | Date | October 2, 2013 |
|---|---|---|---|
| Title | United Van Lines LLC, et al. v. Jeremy Brown, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Julieta Lozano | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Having reviewed the Declaration of Gregg S. Garfinkel in Response to Order to Show Cause Dated September 27, 2013, the court concludes as follows.  Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m). Although the deadline for service under Rule 4(m) expires today, the court will grant plaintiff one additional week to effect service.  Accordingly, IT IS ORDERED THAT:

   1.  Plaintiff shall file proofs of service for Jeremy Brown and Anthony Brown no later than **October 9, 2013**.

   2.  Failure to file the required proofs of service shall result in this action being dismissed without prejudice against defendants Jeremy Brown and Anthony Brown for failure to prosecute.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | jloz |