UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3983 FMO (MANx) | Date | August 28, 2014 |
|---|---|---|---|
| Title | United Van Lines LLC, et al. v. Jeremy Brown, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a). The court may dismiss the action prior to the 120 days, however, if plaintiff(s) has/have not diligently prosecuted the action.

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders **Michael Jacobs** ("Jacobs") to show cause in writing on or before **September 11, 2014**, why his third-party claims against Anthony Brown, ACHK Consulting, Inc., Cheryl Brown, Robert L. Walters d/b/a Leland Properties, and Public Storage, Inc. (collectively, "third-party defendants") should not be dismissed for lack of prosecution. Pursuant to Fed. R. Civ. P. 78(b), the court finds this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Jacobs' response. If Jacobs files Proof(s) of Service of Process on the third-party defendants on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause. Failure by Jacobs to timely file Proof(s) of Service shall result in dismissal of his third-party claims against the third-party defendants for lack of prosecution and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 : 00 |
|---|---|
| | Initials of Preparer   vdr |